ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| MEDICAL CENTER PARKING ASSOCIATES LTD<br><br>Parte Recurrido<br><br>V.<br><br><br>ADMINISTRACIÓN DE SERVICIOS MÉDICOS DE PUERTO RICO<br><br>Parte Recurrente | TA2026CE00100 | *REVISIÓN JUDICIAL* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br>_____<br>Caso Núm.: SJ2025CV04155<br>_____<br>SOBRE:<br>INJUNCTION (ENTREDICHO PROVISIONAL, INJUNCTION PRELIMINAR Y PERMANENTE) |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente.

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 13 de febrero de 2026.

Examinado el *Recurso de Certiorari* presentado por la Administración de Servicios Médicos de Puerto Rico el 26 de enero de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*